Etheridge Law Group 

## Cases

420 Results

**Parties:** contains Uniloc, contains WSOU    **Firms:** Etheridge Law Group    **Courts:** U.S. District Courts (all districts)

*Exported results are limited to 300. To view more data, open this search tab in a browser.*

| Case | Case Filing Date |
|---|---|
| WSOU Investments LLC v. Salesforce.com, Inc. <br> 6-20-cv-01163 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc. <br> 6-20-cv-01164 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc. <br> 6-20-cv-01165 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc. <br> 6-20-cv-01166 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc. <br> 6-20-cv-01167 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc. <br> 6-20-cv-01168 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc. <br> 6-20-cv-01169 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc. <br> 6-20-cv-01170 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc. <br> 6-20-cv-01171 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc. <br> 6-20-cv-01172 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co. Ltd. et al <br> 6-20-cv-00916 (WDTX) | Oct. 02, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co. Ltd. et al <br> 6-20-cv-00917 (WDTX) | Oct. 02, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al <br> 6-20-cv-00889 (WDTX) | Sep. 29, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al <br> 6-20-cv-00890 (WDTX) | Sep. 29, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al <br> 6-20-cv-00891 (WDTX) | Sep. 29, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al <br> 6-20-cv-00892 (WDTX) | Sep. 29, 2020 |
| WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al <br> 6-20-cv-00893 (WDTX) | Sep. 29, 2020 |
| Uniloc 2017 LLC et al v. Google LLC <br> 4-20-cv-05330 (NDCA) | Aug. 03, 2020 |
| Uniloc 2017 LLC et al v. Google LLC <br> 4-20-cv-05333 (NDCA) | Aug. 03, 2020 |
| Uniloc 2017 LLC et al v. Google LLC <br> 4-20-cv-05334 (NDCA) | Aug. 03, 2020 |
| Uniloc 2017 LLC et al v. Google LLC <br> 4-20-cv-05339 (NDCA) | Aug. 03, 2020 |
| Uniloc 2017 LLC et al v. Google LLC <br> 4-20-cv-05340 (NDCA) | Aug. 03, 2020 |
| Uniloc 2017 LLC et al v. Google LLC <br> 4-20-cv-05341 (NDCA) | Aug. 03, 2020 |
| Uniloc 2017 LLC v. Google LLC <br> 4-20-cv-05342 (NDCA) | Aug. 03, 2020 |
| Uniloc 2017 LLC v. Google LLC <br> 4-20-cv-05343 (NDCA) | Aug. 03, 2020 |

| | | |
|---|---|---|
| ➕ | Uniloc 2017 LLC v. Google LLC<br>4-20-cv-05344 (NDCA) | Aug. 03, 2020 |
| ➕ | Uniloc 2017 LLC v. Google LLC<br>4-20-cv-05345 (NDCA) | Aug. 03, 2020 |
| ➕ | Uniloc 2017 LLC v. Google LLC<br>4-20-cv-05346 (NDCA) | Aug. 03, 2020 |
| ➕ | Uniloc 2017 LLC v. Square Enix Holdings Co., Ltd. et al<br>2-20-cv-06941 (CDCA) | Jul. 31, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00571 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00572 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00573 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00574 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00575 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00576 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00577 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00578 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00579 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00580 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00581 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00582 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00583 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00584 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00585 (WDTX) | Jun. 29, 2020 |
| ➕ | WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00533 (WDTX) | Jun. 17, 2020 |
| ➕ | WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00534 (WDTX) | Jun. 17, 2020 |
| ➕ | WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00535 (WDTX) | Jun. 17, 2020 |
| ➕ | WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00536 (WDTX) | Jun. 17, 2020 |
| ➕ | WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00537 (WDTX) | Jun. 17, 2020 |
| ➕ | WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00538 (WDTX) | Jun. 17, 2020 |
| ➕ | WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00539 (WDTX) | Jun. 17, 2020 |
| ➕ | WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00540 (WDTX) | Jun. 17, 2020 |
| ➕ | WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00541 (WDTX) | Jun. 17, 2020 |

| | | |
|---|---|---|
| + | WSOU Investments LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00542 (WDTX) | Jun. 17, 2020 |
| + | WSOU Investments LLC v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00543 (WDTX) | Jun. 17, 2020 |
| + | WSOU Investments LLC v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00544 (WDTX) | Jun. 17, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00487 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00488 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00489 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00490 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00491 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00492 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00493 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00494 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00495 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00496 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00497 (WDTX) | Jun. 03, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00454 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00455 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00456 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00457 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00458 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00459 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00460 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00461 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00462 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00463 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00464 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00465 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00473 (WDTX) | Jun. 02, 2020 |
| + | WSOU Investments LLCv. Dell Technologies Inc. et al<br>6-20-cv-00474 (WDTX) | Jun. 02, 2020 |

| | | |
|---|---|---|
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00475 (WDTX) | Jun. 02, 2020 |
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00476 (WDTX) | Jun. 02, 2020 |
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00477 (WDTX) | Jun. 02, 2020 |
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00478 (WDTX) | Jun. 02, 2020 |
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00479 (WDTX) | Jun. 02, 2020 |
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00480 (WDTX) | Jun. 02, 2020 |
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00481 (WDTX) | Jun. 02, 2020 |
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00482 (WDTX) | Jun. 02, 2020 |
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00485 (WDTX) | Jun. 02, 2020 |
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00486 (WDTX) | Jun. 02, 2020 |
| ⊕ | WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00417 (WDTX) | May. 21, 2020 |
| ⊕ | WSOU Investments LLC and Development v. Dell Technologies Inc. et al<br>6-20-cv-00418 (WDTX) | May. 21, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00410 (WDTX) | May. 20, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00412 (WDTX) | May. 20, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00404 (WDTX) | May. 19, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00406 (WDTX) | May. 19, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00407 (WDTX) | May. 19, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00408 (WDTX) | May. 19, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Dell Technologies, Inc. et al<br>6-20-cv-00409 (WDTX) | May. 19, 2020 |
| ⊕ | WSOU Investments, LLC v. Dell Inc. et al<br>6-20-cv-00403 (WDTX) | May. 18, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00340 (WDTX) | Apr. 29, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00341 (WDTX) | Apr. 29, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00342 (WDTX) | Apr. 29, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00344 (WDTX) | Apr. 29, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00345 (WDTX) | Apr. 29, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00346 (WDTX) | Apr. 29, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00333 (WDTX) | Apr. 28, 2020 |
| ⊕ | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00334 (WDTX) | Apr. 28, 2020 |

| | | |
|---|---|---|
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00335 (WDTX) | Apr. 28, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00337 (WDTX) | Apr. 28, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00331 (WDTX) | Apr. 27, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation<br>6-20-cv-00332 (WDTX) | Apr. 27, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00254 (WDTX) | Mar. 31, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00255 (WDTX) | Mar. 31, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00238 (WDTX) | Mar. 27, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00240 (WDTX) | Mar. 27, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00242 (WDTX) | Mar. 27, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00228 (WDTX) | Mar. 26, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00229 (WDTX) | Mar. 26, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00231 (WDTX) | Mar. 26, 2020 |
| + | WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00224 (WDTX) | Mar. 25, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. ZTE Corporation et al<br>6-20-cv-00216 (WDTX) | Mar. 24, 2020 |
| + | WSOU Investments, LLC v. ZTE Corporation et al<br>6-20-cv-00211 (WDTX) | Mar. 23, 2020 |
| + | WSOU Investments, LLC et al<br>6-20-cv-00209 (WDTX) | Mar. 22, 2020 |
| + | WSOU Investments, LLC v. Huawei Technologies Co., Ltd. et al<br>6-20-cv-00204 (WDTX) | Mar. 20, 2020 |
| + | WSOU Investments, LLC v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00205 (WDTX) | Mar. 20, 2020 |
| + | WSOU Investments, LLC v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00196 (WDTX) | Mar. 18, 2020 |
| + | WSOU Investments, LLC v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00198 (WDTX) | Mar. 18, 2020 |
| + | WSOU Investments, LLC v. Huawei Technologies Company, Ltd. et al<br>6-20-cv-00199 (WDTX) | Mar. 18, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00189 (WDTX) | Mar. 16, 2020 |
| + | WSOU Investments, LLC, et al<br>6-20-cv-00190 (WDTX) | Mar. 16, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00191 (WDTX) | Mar. 16, 2020 |
| + | WSOU Investments, LLC et al<br>6-20-cv-00192 (WDTX) | Mar. 16, 2020 |
| + | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Huawei Investment & Holding Co., Ltd. et al<br>6-20-cv-00188 (WDTX) | Mar. 14, 2020 |
| + | Nexon America Inc. v. Uniloc 2017 LLC et al<br>1-19-cv-01096 (DDE) | Jun. 14, 2019 |
| + | Uniloc 2017 LLC v. Riot Games, Inc.<br>2-19-cv-00223 (EDTX) | Jun. 12, 2019 |

| | | |
|---|---|---|
| ⊕ | Uniloc 2017 LLC v. Tencent Holdings Limited<br>2-19-cv-00224 (EDTX) | Jun. 12, 2019 |
| ⊕ | Uniloc 2017 LLC v. Kaspersky Lab, Inc.<br>2-19-cv-00219 (EDTX) | Jun. 11, 2019 |
| ⊕ | Uniloc 2017 LLC v. Nexon Co., Ltd. et al<br>2-19-cv-00220 (EDTX) | Jun. 11, 2019 |
| ⊕ | Uniloc 2017 LLC v. Square Enix Holdings Co., Ltd. et al<br>2-19-cv-00221 (EDTX) | Jun. 11, 2019 |
| ⊕ | Square Enix, Inc. et al v. Uniloc 2017 LLC<br>8-19-cv-01061 (CDCA) | May. 31, 2019 |
| ⊕ | Uniloc 2017 LLC v. Kik Interactive, Inc.<br>2-19-cv-00150 (EDTX) | May. 01, 2019 |
| ⊕ | Uniloc 2017 LLC v. Google LLC<br>2-18-cv-00550 (EDTX) | Dec. 31, 2018 |
| ⊕ | Uniloc 2017 LLC v. Google LLC<br>2-18-cv-00551 (EDTX) | Dec. 31, 2018 |
| ⊕ | Uniloc 2017 LLC v. Google LLC<br>2-18-cv-00552 (EDTX) | Dec. 31, 2018 |
| ⊕ | Uniloc 2017 LLC v. Google LLC<br>2-18-cv-00553 (EDTX) | Dec. 31, 2018 |
| ⊕ | Uniloc 2017 LLC v. Google LLC<br>2-18-cv-00554 (EDTX) | Dec. 31, 2018 |
| ⊕ | Uniloc 2017 LLC v. Google LLC<br>2-18-cv-00548 (EDTX) | Dec. 30, 2018 |
| ⊕ | Uniloc 2017 LLC v. Google LLC<br>2-18-cv-00549 (EDTX) | Dec. 30, 2018 |
| ⊕ | Uniloc 2017 LLC v. Roku, Inc.<br>1-18-cv-01126 (WDTX) | Dec. 27, 2018 |
| ⊕ | Uniloc 2017 LLC v. Hike Ltd. et al<br>2-18-cv-00515 (EDTX) | Nov. 18, 2018 |
| ⊕ | Uniloc 2017 LLC v. Hike Ltd. et al<br>2-18-cv-00516 (EDTX) | Nov. 18, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00491 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00492 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00493 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00494 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00495 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00496 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00497 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00498 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00499 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00500 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00501 (EDTX) | Nov. 17, 2018 |
| ⊕ | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00502 (EDTX) | Nov. 17, 2018 |

| | | |
|---|---|---|
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00503 (EDTX) | Nov. 17, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00504 (EDTX) | Nov. 17, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00456 (EDTX) | Nov. 01, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00457 (EDTX) | Nov. 01, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00458 (EDTX) | Nov. 01, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00448 (EDTX) | Oct. 31, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00449 (EDTX) | Oct. 31, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00450 (EDTX) | Oct. 31, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00451 (EDTX) | Oct. 31, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00452 (EDTX) | Oct. 31, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00454 (EDTX) | Oct. 31, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00455 (EDTX) | Oct. 31, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00420 (EDTX) | Oct. 01, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00421 (EDTX) | Oct. 01, 2018 |
| + | Uniloc 2017 LLC et al v. Google LLC<br>2-18-cv-00422 (EDTX) | Oct. 01, 2018 |
| + | Uniloc Licensing USA LLC et al v. Google LLC<br>2-18-cv-00423 (EDTX) | Oct. 01, 2018 |
| + | Uniloc 2017 LLC et al v. Hike Ltd. et al<br>2-18-cv-00417 (EDTX) | Sep. 30, 2018 |
| + | Uniloc 2017 LLC et al v. Hike Ltd. et al<br>2-18-cv-00419 (EDTX) | Sep. 30, 2018 |
| + | Uniloc USA, Inc. et al v. Samsung Electronics America, Inc. et al<br>2-18-cv-00355 (EDTX) | Aug. 14, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00339 (EDTX) | Aug. 05, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00340 (EDTX) | Aug. 05, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00341 (EDTX) | Aug. 05, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00342 (EDTX) | Aug. 05, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>1-18-cv-00379 (EDTX) | Jul. 31, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00328 (EDTX) | Jul. 31, 2018 |
| + | Uniloc USA Inc et al v. Amazon.Com, Inc., et al<br>2-18-cv-00329 (EDTX) | Jul. 31, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00317 (EDTX) | Jul. 27, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00318 (EDTX) | Jul. 27, 2018 |

| | | |
|---|---|---|
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00320 (EDTX) | Jul. 27, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00321 (EDTX) | Jul. 27, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00289 (EDTX) | Jul. 13, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00290 (EDTX) | Jul. 13, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00286 (EDTX) | Jul. 12, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-18-cv-00287 (EDTX) | Jul. 12, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc.<br>2-18-cv-00123 (EDTX) | Mar. 31, 2018 |
| + | Uniloc Luxembourg SA et al v. Amazon.com, Inc.<br>2-18-cv-00091 (EDTX) | Mar. 22, 2018 |
| + | Uniloc Luxembourg SA et al v. Amazon.com, Inc.<br>2-18-cv-00092 (EDTX) | Mar. 22, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc.<br>2-18-cv-00081 (EDTX) | Mar. 16, 2018 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc.<br>2-18-cv-00080 (EDTX) | Mar. 15, 2018 |
| + | Amazon.com, Inc et al v. Uniloc USA, Inc et al<br>2-17-cv-01307 (WDWA) | Aug. 29, 2017 |
| + | Uniloc USA, Inc. et al v. Square Enix Holdings Co., Ltd. et al<br>2-17-cv-00590 (EDTX) | Aug. 14, 2017 |
| + | Riot Games, Inc. v. Uniloc USA, Inc. et al<br>8-17-cv-01050 (CDCA) | Jun. 15, 2017 |
| + | Uniloc USA, Inc. et al v. Kik Interactive, Inc.<br>2-17-cv-00481 (EDTX) | Jun. 07, 2017 |
| + | Uniloc USA, Inc. et al v. Kik Interactive, Inc.<br>2-17-cv-00483 (EDTX) | Jun. 07, 2017 |
| + | Uniloc USA, Inc. et al v. Hike Ltd.<br>2-17-cv-00475 (EDTX) | Jun. 06, 2017 |
| + | Uniloc USA, Inc. et al v. Hike Ltd.<br>2-17-cv-00476 (EDTX) | Jun. 06, 2017 |
| + | Uniloc USA, Inc. et al v. Google Inc.<br>2-17-cv-00465 (EDTX) | Jun. 01, 2017 |
| + | Uniloc USA, Inc. et al v. Google Inc.<br>2-17-cv-00466 (EDTX) | Jun. 01, 2017 |
| + | Uniloc USA, Inc. et al v. Google Inc.<br>2-17-cv-00467 (EDTX) | Jun. 01, 2017 |
| + | Uniloc USA, Inc. et al v. Atlassian Corporation PLC et al<br>2-17-cv-00352 (EDTX) | Apr. 25, 2017 |
| + | Uniloc USA, Inc. et al v. Atlassian Corporation PLC et al<br>2-17-cv-00353 (EDTX) | Apr. 25, 2017 |
| + | Uniloc USA, Inc. et al v. RingCentral, Inc.<br>2-17-cv-00354 (EDTX) | Apr. 25, 2017 |
| + | Uniloc USA, Inc. et al v. RingCentral, Inc.<br>2-17-cv-00355 (EDTX) | Apr. 25, 2017 |
| + | Uniloc USA, Inc. et al v. Kik Interactive, Inc.<br>2-17-cv-00346 (EDTX) | Apr. 21, 2017 |
| + | Uniloc USA, Inc. et al v. Kik Interactive, Inc.<br>2-17-cv-00347 (EDTX) | Apr. 21, 2017 |
| + | Uniloc USA, Inc. et al v. Hike Ltd.<br>2-17-cv-00348 (EDTX) | Apr. 21, 2017 |

| | | |
|---|---|---|
| + | Uniloc USA, Inc. et al v. Hike Ltd.<br>2-17-cv-00349 (EDTX) | Apr. 21, 2017 |
| + | Uniloc USA, Inc. et al v. Square Enix, Inc.<br>2-17-cv-00302 (EDTX) | Apr. 12, 2017 |
| + | Uniloc USA, Inc. et al v. Kaspersky Lab, Inc.<br>2-17-cv-00305 (EDTX) | Apr. 12, 2017 |
| + | Uniloc USA, Inc. et al v. Nexon America, Inc.<br>2-17-cv-00281 (EDTX) | Apr. 07, 2017 |
| + | Uniloc USA, Inc. et al v. Riot Games, Inc.<br>2-17-cv-00284 (EDTX) | Apr. 07, 2017 |
| + | Uniloc USA, Inc. et al v. Riot Games, Inc.<br>2-17-cv-00275 (EDTX) | Apr. 06, 2017 |
| + | Uniloc USA, Inc. et al v. Nexon America, Inc.<br>2-17-cv-00276 (EDTX) | Apr. 06, 2017 |
| + | Uniloc USA, Inc. et al v. Google, LLC<br>2-17-cv-00231 (EDTX) | Mar. 26, 2017 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-17-cv-00228 (EDTX) | Mar. 24, 2017 |
| + | Uniloc USA, Inc. et al v. Google Inc.<br>2-17-cv-00224 (EDTX) | Mar. 22, 2017 |
| + | Uniloc USA, Inc. et al v. Google, LLC<br>2-17-cv-00214 (EDTX) | Mar. 20, 2017 |
| + | Uniloc USA, Inc. et al v. Paychex, Inc.<br>2-16-cv-01316 (EDTX) | Nov. 29, 2016 |
| + | Uniloc USA, Inc. et al v. Motorola Mobility LLC<br>2-16-cv-00992 (EDTX) | Sep. 06, 2016 |
| + | Uniloc USA, Inc. et al v. Trend Micro Incorporated<br>2-16-cv-00874 (EDTX) | Aug. 08, 2016 |
| + | Uniloc USA, Inc. et al v. Kaspersky Lab, Inc.<br>2-16-cv-00871 (EDTX) | Aug. 07, 2016 |
| + | Uniloc USA, Inc. et al v. Square Enix, Inc.<br>2-16-cv-00872 (EDTX) | Aug. 07, 2016 |
| + | Uniloc USA, Inc. et al v. ShoreTel, Inc.<br>2-16-cv-00779 (EDTX) | Jul. 15, 2016 |
| + | Uniloc USA, Inc. et al v. Tencent America, LLC et al<br>2-16-cv-00694 (EDTX) | Jun. 30, 2016 |
| + | Uniloc USA, Inc. et al v. Snap Inc.<br>2-16-cv-00696 (EDTX) | Jun. 30, 2016 |
| + | Uniloc USA, Inc. et al v. Amazon.com, Inc. et al<br>2-16-cv-00570 (EDTX) | May. 30, 2016 |
| + | Uniloc USA, Inc. et al v. Google Inc.<br>2-16-cv-00571 (EDTX) | May. 30, 2016 |
| + | Uniloc USA, Inc. et al v. Home Box Office, Inc.<br>2-16-cv-00572 (EDTX) | May. 30, 2016 |
| + | Uniloc USA, Inc. et al v. Hulu, LLC<br>2-16-cv-00573 (EDTX) | May. 30, 2016 |
| + | Uniloc USA, Inc. et al v. Netflix, Inc.<br>2-16-cv-00574 (EDTX) | May. 30, 2016 |
| + | Uniloc USA, Inc. et al v. Valve Corporation<br>2-16-cv-00575 (EDTX) | May. 30, 2016 |
| + | Uniloc USA, Inc. et al v. Kakao Corp.<br>2-16-cv-00576 (EDTX) | May. 30, 2016 |
| + | Uniloc USA, Inc. et al v. Tencent America, LLC et al<br>2-16-cv-00577 (EDTX) | May. 30, 2016 |
| + | Uniloc USA, Inc. et al v. Google LLC<br>2-16-cv-00566 (EDTX) | May. 28, 2016 |

| | | |
|---|---|---|
| + | Uniloc USA, Inc. et al v. Line Euro-Americas Corp. et al<br>2-16-cv-00567 (EDTX) | May. 28, 2016 |
| + | Uniloc USA, Inc. et al v. Zoom Video Communications, Inc.<br>2-16-cv-00568 (EDTX) | May. 28, 2016 |
| + | Uniloc USA, Inc. et al v. Medical Information Technology, Inc. d/b/a Meditech<br>6-16-cv-00463 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. Viztek LLC<br>6-16-cv-00464 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. Picis, Inc.<br>6-16-cv-00465 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. QuadraMed Corporation<br>6-16-cv-00466 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. N Harris Computer Corporation<br>6-16-cv-00467 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. OptumInsight, Inc. et al<br>6-16-cv-00468 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. CompuGroup Medical, Inc.<br>6-16-cv-00469 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. Netsmart Technologies, Inc.<br>6-16-cv-00470 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. Practice Fusion, Inc.<br>6-16-cv-00471 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. Amazing Charts, LLC<br>6-16-cv-00472 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. McKesson Corporation et al<br>6-16-cv-00473 (EDTX) | May. 27, 2016 |
| + | Uniloc USA, Inc. et al v. Texas Health Resources et al<br>6-16-cv-00431 (EDTX) | May. 13, 2016 |
| + | Uniloc USA, Inc. et al v. CVS Pharmacy, Inc et al<br>6-16-cv-00432 (EDTX) | May. 13, 2016 |
| + | Uniloc USA, Inc. et al v. HealthSouth Corporation et al<br>6-16-cv-00402 (EDTX) | May. 07, 2016 |
| + | Uniloc USA, Inc. et al v. Tenet Healthcare Corporation et al<br>6-16-cv-00401 (EDTX) | May. 06, 2016 |
| + | Uniloc USA, Inc. et al v. AVG Technologies USA, Inc.<br>2-16-cv-00393 (EDTX) | Apr. 12, 2016 |
| + | Uniloc USA, Inc. et al v. eClinicalWorks, LLC<br>6-15-cv-00687 (EDTX) | Jul. 16, 2015 |
| + | Uniloc USA, Inc. et al v. Pulse Systems, Inc.<br>6-15-cv-00688 (EDTX) | Jul. 16, 2015 |
| + | Uniloc USA, Inc. et al v. Genband US LLC<br>2-15-cv-00578 (EDTX) | Apr. 30, 2015 |
| + | Safenet, Inc. v. Uniloc USA, Inc. et al<br>6-15-cv-00097 (EDTX) | Feb. 06, 2015 |
| + | Uniloc USA, Inc. et al v. PerkinElmer, Inc.<br>6-14-cv-00921 (EDTX) | Dec. 09, 2014 |
| + | Uniloc USA, Inc. et al v. Microsoft Corporation<br>2-14-cv-01040 (EDTX) | Nov. 13, 2014 |
| + | Uniloc USA, Inc. et al v. e-MDs, Inc.<br>6-14-cv-00692 (EDTX) | Aug. 14, 2014 |
| + | Uniloc USA, Inc. et al v. E-MDs, Inc.<br>6-14-cv-00625 (EDTX) | Jul. 18, 2014 |
| + | Uniloc USA, Inc. et al v. Epic Systems Corporation<br>6-14-cv-00626 (EDTX) | Jul. 18, 2014 |
| + | Uniloc USA, Inc. et al v. GE Healthcare, Inc.<br>6-14-cv-00627 (EDTX) | Jul. 18, 2014 |

| | | |
|---|---|---|
| ⊕ | Uniloc USA, Inc. et al v. Greenway Medical Technologies, Inc.<br>6-14-cv-00628 (EDTX) | Jul. 18, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. MeridianEMR, Inc. et al<br>6-14-cv-00629 (EDTX) | Jul. 18, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Medhost, Inc.<br>6-14-cv-00630 (EDTX) | Jul. 18, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Allscripts Healthcare Solutions, Inc.<br>6-14-cv-00631 (EDTX) | Jul. 18, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Cerner Corporation<br>6-14-cv-00632 (EDTX) | Jul. 18, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Computer Programs and Systems, Inc.<br>6-14-cv-00633 (EDTX) | Jul. 18, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Avanquest North America, Inc.<br>6-14-cv-00570 (EDTX) | Jun. 23, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Brocade Communication Systems, Inc.<br>6-14-cv-00571 (EDTX) | Jun. 23, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Corel, Inc.<br>6-14-cv-00572 (EDTX) | Jun. 23, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. DRS Technologies, Inc.<br>6-14-cv-00573 (EDTX) | Jun. 23, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Rapid7, LLC<br>6-14-cv-00574 (EDTX) | Jun. 23, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. SDL International America Incorporated<br>6-14-cv-00575 (EDTX) | Jun. 23, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Zebra Technologies Corporation<br>6-14-cv-00577 (EDTX) | Jun. 23, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. VeriSilicon, Inc.<br>6-14-cv-00486 (EDTX) | May. 15, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. CLC bio, LLC<br>6-14-cv-00470 (EDTX) | May. 09, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Hex-Rays SA<br>6-14-cv-00471 (EDTX) | May. 09, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. I'm in VR<br>6-14-cv-00472 (EDTX) | May. 09, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Lavastorm Analytics, Inc.<br>6-14-cv-00473 (EDTX) | May. 09, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. Modeliosoft<br>6-14-cv-00474 (EDTX) | May. 09, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. QuantumWise A/S<br>6-14-cv-00475 (EDTX) | May. 09, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. VI-grade GmbH et al<br>6-14-cv-00476 (EDTX) | May. 09, 2014 |
| ⊕ | Uniloc USA, Inc. et al v. ArcSoft, Inc.<br>6-14-cv-00415 (EDTX) | May. 06, 2014 |