Steckler Wayne Cochran Cherry 

# Cases

**68 Results**

Parties: contains WSOU   Firms: Steckler Wayne Cochran Cherry   Courts: U.S. District Courts (all districts)

| Case | Case Filing Date ▼ |
|---|---|
| ZTE (USA) Inc. v. WSOU Investments, LLC d/b/a Brazos Licensing and Development<br>3-21-cv-02128 (NDTX) | Sep. 07, 2021 |
| WSOU Investments LLC v. Salesforce.com, Inc.<br>6-20-cv-01163 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc.<br>6-20-cv-01164 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc.<br>6-20-cv-01165 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc.<br>6-20-cv-01166 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc.<br>6-20-cv-01167 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc.<br>6-20-cv-01168 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc.<br>6-20-cv-01169 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc.<br>6-20-cv-01170 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc.<br>6-20-cv-01171 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC v. Salesforce.com, Inc.<br>6-20-cv-01172 (WDTX) | Dec. 18, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Canon Inc.<br>6-20-cv-00980 (WDTX) | Oct. 19, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Canon Inc.<br>6-20-cv-00981 (WDTX) | Oct. 19, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Oneplus Technology (Shenzhen) Co., Ltd.<br>6-20-cv-00952 (WDTX) | Oct. 14, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Oneplus Technology (Shenzhen) Co., Ltd.<br>6-20-cv-00953 (WDTX) | Oct. 14, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Oneplus Technology (Shenzhen) Co., Ltd.<br>6-20-cv-00956 (WDTX) | Oct. 14, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Oneplus Technology (Shenzhen) Co., Ltd.<br>6-20-cv-00957 (WDTX) | Oct. 14, 2020 |
| WSOU Investments LLC v. Oneplus Technology (Shenzhen) Co., Ltd.<br>6-20-cv-00958 (WDTX) | Oct. 14, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. NEC Corporation<br>6-20-cv-00923 (WDTX) | Oct. 07, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. NEC Corporation<br>6-20-cv-00924 (WDTX) | Oct. 07, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. NEC Corporation<br>6-20-cv-00925 (WDTX) | Oct. 07, 2020 |
| WSOU Investments LLC v. NEC Corporation<br>6-20-cv-00926 (WDTX) | Oct. 07, 2020 |
| WSOU Investments LLC v. NEC Corporation<br>6-20-cv-00927 (WDTX) | Oct. 07, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00571 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00572 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00573 (WDTX) | Jun. 29, 2020 |

| | |
|---|---|
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00575 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00576 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00579 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00580 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00583 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00584 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. Google LLC f/k/a Google Inc.<br>6-20-cv-00585 (WDTX) | Jun. 29, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00487 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00488 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00489 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00490 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00491 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00492 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00493 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00494 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00495 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00496 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. ZTE Corporation et al<br>6-20-cv-00497 (WDTX) | Jun. 03, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00454 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00455 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00456 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00457 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00458 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00459 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00460 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00461 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00462 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00463 (WDTX) | Jun. 02, 2020 |

| | |
|---|---|
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00464 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Microsoft Corporation<br>6-20-cv-00465 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00473 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLCv. Dell Technologies Inc. et al<br>6-20-cv-00474 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00475 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00476 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00477 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00478 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00479 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00480 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00481 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00482 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00485 (WDTX) | Jun. 02, 2020 |
| WSOU Investments LLC v. Dell Technologies Inc. et al<br>6-20-cv-00486 (WDTX) | Jun. 02, 2020 |