AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT )
*Plaintiff* )
v. ) Case No.  6:20-CV-00486-ADA
DELL TECHNOLOGIES INC., DELL INC, EMC CORPORATION, AND VMWARE, INC. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT .

Date:  12/17/2021

/s/ Heather S. Kim
*Attorney's signature*

Heather S. Kim (CA Bar No. 277686)
*Printed name and bar number*

Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
*Address*

hkim@kasowitz.com
*E-mail address*

(650) 453-5170
*Telephone number*

(650) 453-5171
*FAX number*