**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>Defendants. | Case No. 6:20-cv-00480-ADA<br>Case No. 6:20-cv-00481-ADA<br>Case No. 6:20-cv-00485-ADA<br>Case No. 6:20-cv-00486-ADA<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS DELL TECHNOLOGIES INC.'S AND EMC CORPORATION'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dell Technologies Inc. discloses that it is a publicly held corporation, that it has no parent company, and that there is no publicly held corporation owning 10% or more of Dell Technologies Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dell Inc. discloses that its parent company is Denali Intermediate Inc., which is wholly owned by Dell Technologies Inc., a publicly traded company.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant EMC Corporation discloses that its parent company is Dell Inc., which is wholly owned by Denali Intermediate Inc., which is wholly owned by Dell Technologies Inc., a publicly traded company.

Dated:  January 5, 2022                    By:   */s/ Barry K. Shelton*          
                                                  Barry K. Shelton
                                                  Texas State Bar No. 24055029
                                                  bshelton@sheltoncoburn.com
                                                  **SHELTON COBURN LLP**
                                                  311 RR 620, Ste. 205
                                                  Austin, TX  78734-4775
                                                  Telephone:  512.263.2165
                                                  Facsimile:  512.263.2166

                                                  Benjamin Hershkowitz
                                                  bhershkowitz@gibsondunn.com
                                                  Brian A. Rosenthal
                                                  brosenthal@gibsondunn.com
                                                  Allen Kathir
                                                  akathir@gibsondunn.com
                                                  Kyanna Sabanoglu
                                                  ksabanoglu@gibsondunn.com
                                                  **GIBSON, DUNN & CRUTCHER LLP**
                                                  200 Park Ave.
                                                  NY, NY  10166-0193
                                                  Telephone:  212.351.4000
                                                  Facsimile:  212.351.4035

                                                  Y. Ernest Hsin
                                                  ehsin@gibsondunn.com
                                                  Jaysen S. Chung
                                                  jschung@gibsondunn.com
                                                  **GIBSON, DUNN & CRUTCHER LLP**
                                                  555 Mission St., Ste. 3000
                                                  San Francisco, CA  94105-0921
                                                  Telephone:  415.393.8200
                                                  Facsimile:  415.393.8306

                                                  Ryan K. Iwahashi
                                                  riwahashi@gibsondunn.com
                                                  **GIBSON, DUNN & CRUTCHER LLP**
                                                  1881 Page Mill Rd.
                                                  Palo Alto, CA  94304-1211
                                                  Telephone:  650.849.5300
                                                  Facsimile:  650.849.5333

Emily M. Whitcher
ewhitcher@gibsondunn.com
Andrew P. Blythe
ablythe@gibsondunn.com
Nathaniel R. Scharn
nscharn@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:  949.451.4220

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of January, 2022, I caused the preceding

document to be served on all counsel through the Court's ECF system.

*/s/ Barry K. Shelton*
Barry K. Shelton