# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>   v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>        Defendants. | Case No. 6:20-cv-00480-ADA<br>Case No. 6:20-cv-00481-ADA<br>Case No. 6:20-cv-00485-ADA<br>Case No. 6:20-cv-00486-ADA<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANT VMWARE, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned states that VMware, Inc. is a publicly traded company with no majority stockholder, no parent corporation, and no publicly held company directly or indirectly owning 10% or more of VMware's stock.

Dated:  January 5, 2022                          By:   */s/ Barry K. Shelton*
                                                       Barry K. Shelton
                                                       Texas State Bar No. 24055029
                                                       bshelton@sheltoncoburn.com
                                                       **SHELTON COBURN LLP**
                                                       311 RR 620, Ste. 205
                                                       Austin, TX  78734-4775
                                                       Telephone:  512.263.2165
                                                       Facsimile:  512.263.2166

                                                       Benjamin Hershkowitz
                                                       bhershkowitz@gibsondunn.com
                                                       Brian A. Rosenthal
                                                       brosenthal@gibsondunn.com
                                                       Allen Kathir
                                                       akathir@gibsondunn.com
                                                       Kyanna Sabanoglu
                                                       ksabanoglu@gibsondunn.com
                                                       **GIBSON, DUNN & CRUTCHER LLP**
                                                       200 Park Ave.
                                                       NY, NY  10166-0193
                                                       Telephone:  212.351.4000
                                                       Facsimile:  212.351.4035

                                                       Y. Ernest Hsin
                                                       ehsin@gibsondunn.com
                                                       Jaysen S. Chung
                                                       jschung@gibsondunn.com
                                                       **GIBSON, DUNN & CRUTCHER LLP**
                                                       555 Mission St., Ste. 3000
                                                       San Francisco, CA  94105-0921
                                                       Telephone:  415.393.8200
                                                       Facsimile:  415.393.8306

                                                       Ryan K. Iwahashi
                                                       riwahashi@gibsondunn.com
                                                       **GIBSON, DUNN & CRUTCHER LLP**
                                                       1881 Page Mill Rd.
                                                       Palo Alto, CA  94304-1211
                                                       Telephone:  650.849.5300
                                                       Facsimile:  650.849.5333

Emily M. Whitcher
ewhitcher@gibsondunn.com
Andrew P. Blythe
ablythe@gibsondunn.com
Nathaniel R. Scharn
nscharn@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:  949.451.4220

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of January, 2022, I caused the preceding document to be served on all counsel through the Court's ECF system.

/s/ Barry K. Shelton
Barry K. Shelton