**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>   Plaintiff,<br><br> V.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>   Defendants. | Case Numbers:<br>6:20-cv-00473-ADA<br>6:20-cv-00475-ADA<br>6:20-cv-00476-ADA<br>6:20-cv-00477-ADA<br>6:20-cv-00480-ADA<br>6:20-cv-00481-ADA<br>6:20-cv-00482-ADA<br>6:20-cv-00485-ADA<br>6:20-cv-00486-ADA |
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>   Plaintiff,<br><br> V.<br><br>ZTE CORPORATION,<br><br>   Defendant. | Case Numbers:<br>6:20-cv-00487-ADA<br>6:20-cv-00488-ADA<br>6:20-cv-00489-ADA<br>6:20-cv-00490-ADA<br>6:20-cv-00491-ADA<br>6:20-cv-00492-ADA<br>6:20-cv-00493-ADA<br>6:20-cv-00494-ADA<br>6:20-cv-00495-ADA<br>6:20-cv-00496-ADA<br>6:20-cv-00497-ADA |
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>   Plaintiff,<br><br> V.<br><br>GOOGLE, LLC,<br><br>   Defendant. | Case Numbers:<br>6:20-cv-00572-ADA<br>6:20-cv-00579-ADA<br>6:20-cv-00580-ADA<br>6:20-cv-00584-ADA<br>6:20-cv-00585-ADA |

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>       Plaintiff,<br><br>  V.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>       Defendant. | Case Numbers:<br>6:20-cv-00725-ADA<br>6:20-cv-00726-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00730-ADA<br>6:20-cv-00783-ADA |
| GOOGLE, LLC,<br><br>       Petitioner,<br><br>  V.<br><br>TERRIER SSC, LLC,<br><br>       Respondent. | Case Number:<br>6:21-cv-01269-ADA |
| GOOGLE, LLC,<br><br>       Petitioner,<br><br>  V.<br><br>BP FUNDING TRUST,<br><br>       Respondent. | Case Number:<br>6:21-cv-01270-ADA |
| GOOGLE, LLC,<br><br>       Petitioner,<br><br>  V.<br><br>AQUA LICENSING, LLC,<br><br>       Respondent. | Case Number:<br>6:21-cv-01309-ADA |

**DECLARATION OF CASEY J. MCCRACKEN**

I, Casey J. McCracken declare as follows:

1. I am an attorney permitted to practice law before this Court *pro hac vice* and am licensed to practice law in the state of California.  I am an associate with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants Dell Technologies, Inc., Dell Inc., and EMC Corporation in the above-captioned matters.  I submit this declaration in support of the Joinder of the Dell Defendants in Google's Motion to Compel Responses to Subpoena from BasePoint.  I have personal knowledge of the facts stated below, and, if called as a witness, could and would testify to them under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the subpoena served to BasePoint dated August 20, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email from BasePoint's counsel to Dell's counsel, dated October 8, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter from BasePoint's counsel to Dell's counsel, dated November 11, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Irvine, California on March 14, 2022.

_____
Casey J. McCracken

1