# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § § § § | CIVIL ACTION 6:20-CV-00473-ADA<br>CIVIL ACTION 6:20-CV-00474-ADA<br>CIVIL ACTION 6:20-CV-00475-ADA<br>CIVIL ACTION 6:20-CV-00476-ADA<br>CIVIL ACTION 6:20-CV-00477-ADA<br>CIVIL ACTION 6:20-CV-00478-ADA<br>CIVIL ACTION 6:20-CV-00479-ADA<br>CIVIL ACTION 6:20-CV-00480-ADA<br>CIVIL ACTION 6:20-CV-00481-ADA<br>CIVIL ACTION 6:20-CV-00482-ADA<br>CIVIL ACTION 6:20-CV-00485-ADA<br>CIVIL ACTION 6:20-CV-00486-ADA<br><br>PATENT CASE<br><br><br>JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| DELL TECHNOLOGIES INC., et al. ., | | |
| Defendants. | | |

**PLAINTIFFS' PROPOSED LIST OF TERMS AND
CLAIM ELEMENTS FOR CONSTRUCTION**

Plaintiff WSOU Investments, LLC d/b/a Brazos License and Development ("WSOU") submits the following list of proposed terms and claim elements for construction pursuant to the Order Governing Proceedings ("OGP") and the Scheduling Order entered in this case.

Plaintiff reserves the right to update, supplement, revise, or otherwise modify the proposed terms for construction in light of further investigation and discovery, including evidence not yet produced by Defendant, or in light of modification or supplementation of Defendant's invalidity contentions. Plaintiff also reserves the right to select any terms or phrases proposed by Defendant and take the position that the ordinary meaning applies to one or more terms. Plaintiff reserves the right to argue that the plain and ordinary meaning should apply to any claim term identified herein.

1

-473

| Terms for U.S. Patent No. 9,137,144 |
|---|
| None - no terms and claim elements are required for construction |

-474

| | Terms for U.S. Patent No. 7,212,536 |
|---|---|
| 1. | "means for reading priorities of data frames directed by the bridge to at least a first one of the bridge ports" |
| 2. | "means for determining a number of the sendee interfaces associated with active channels in the connection-based network" |
| 3. | "means for establishing a mapping between user priorities read by the means for reading priorities of data frames and the service interfaces associated with active channels in the connection-based network based at least in part on a number of the service interfaces associated with active channels in the connection-based network" |
| 4. | "means for assigning frames to the service interfaces based upon the user priorities and the mapping" |

-475

| Terms for U.S. Patent No. 7,453,888 |
|---|
| None - no terms and claim elements are required for construction |

-476

| Terms for U.S. Patent No. 7,565,435 |
|---|
| None - no terms and claim elements are required for construction |

-477

| Terms for U.S. Patent No. 8,913,489 |
| --- |
| None - no terms and claim elements are required for construction |

-478

| Terms for U.S. Patent No. 7,126,921 | |
| --- | --- |
| 1. | "computing means for controlling the node" |
| 2. | "data plane means for forwarding packets between the nodes" |
| 3. | "data plane means for forwarding packets to other nodes in the network" |
| 4. | "the data, plane means" |
| 5. | "means for fast propagation of node related information" |

-479

| Terms for U.S. Patent No. 8,402,129 |
| --- |
| None - no terms and claim elements are required for construction |

-480

| Terms for U.S. Patent No. 7,539,133 | |
| --- | --- |
| 1. | "means for determining an egress node associated with each of a plurality of packets of a traffic flow received at an ingress node adapted for splitting the traffic flow into a plurality of traffic flow portions independent of the egress node by which each packet is assigned to exit the load-balancing network" |
| 2. | "means for determining, for each packet, whether a congestion condition exists on the egress node" |

3

| Terms for U.S. Patent No. 7,539,133 | |
|---|---|
| 3. | "means for processing the packets such that packets associated with egress nodes for which the congestion condition does not exist have a different queuing priority within the load-balancing network than packets associated with egress nodes for which the congestion condition exist" |

-481

| Terms for U.S. Patent No. 9,164,800 | |
|---|---|
| 1. | "maximize" |

-482

| Terms for U.S. Patent No. 7,424,020 |
|---|
| None - no terms and claim elements are required for construction |

-485

| Terms for U.S. Patent No 7,636,309 | |
|---|---|
| 1. | "node" |
| 2. | "traffic flow" |
| 3. | "path" |

-486

| Terms for U.S. Patent No. 7,092,360 |
|---|
| None - no terms and claim elements are required for construction |

Dated: January 6, 2021							Respectfully submitted,

							By:	*/s/ Ryan S. Loveless*
								James L. Etheridge
								Texas Bar No. 24059147
								Ryan S. Loveless
								Texas Bar No. 24036997
								Brett A. Mangrum
								Texas Bar No. 24065671
								Travis L. Richins
								Texas Bar No. 24061296
								Jeff Huang
								Etheridge Law Group, PLLC
								2600 E. Southlake Blvd., Suite 120 / 324
								Southlake, TX 76092
								Tel.: (817) 470-7249
								Fax: (817) 887-5950
								Jim@EtheridgeLaw.com
								Ryan@EtheridgeLaw.com
								Brett@EtheridgeLaw.com
								Travis@EtheridgeLaw.com
								Jeff@EtheridgeLaw.com

								Mark D. Siegmund
								State Bar No. 24117055
								mark@waltfairpllc.com
								Law Firm of Walt, Fair PLLC.
								1508 North Valley Mills Drive
								Waco, Texas 76710
								Telephone: (254) 772-6400
								Facsimile: (254) 772-6432

								*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 6th day of January 2021.

							*/s/ Ryan S. Loveless*
							Ryan S. Loveless