# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC** | § § | |
| vs. | § § | NO:  WA:20-CV-00486-ADA |
| **DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, VMWARE, INC.**<br>*Defendant* | § | |

# ORDER CANCELLING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for DISCOVERY HEARING, on July 20, 2022 at 02:00 PM  is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **19th day of July, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE