UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | | |
|---|---|---|---|
| WSOU INVESTMENTS LLC | § § | | |
| vs. | § § | NO: | WA:20-CV-00486-ADA |
| DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, VMWARE, INC.<br>*Defendant* | § § | | |

## ORDER SETTING DISCOVERY HEARING IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for DISCOVERY HEARING IN PERSON, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on February 17, 2023 at 11:00 AM.

**IT IS SO ORDERED** this **16th day of February, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE