# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>　　　　Defendants. | Case No. 6:20-cv-00481-ADA-DTG<br>Case No. 6:20-cv-00486-ADA-DTG |

## ORDER DENYING PLAINTIFF'S
## MOTION FOR SUPPLEMENTAL EXPERT REPORTS

Before the Court is Plaintiff's Motion for Supplemental Expert Reports. Having considered the parties' briefing and arguments, the Court hereby **DENIES** WSOU's motion and **STRIKES** WSOU's February 14, 2023 supplemental expert reports.

Signed this _____ day of _____, 2023.

_____
**HON. ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**