IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff,*<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>*Defendants.* | Civil Action No.: 6:20-cv-00481-ADA-DTG<br>Civil Action No.: 6:20-cv-00486-ADA-DTG<br><br>**JURY TRIAL DEMANDED**<br><br>**ORAL ARGUMENT REQUESTED** |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR SUPPLEMENTAL EXPERT REPORTS**

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Motion for Supplemental Expert Reports. Having considered the parties' briefing and arguments, the Court hereby **GRANTS** Brazos's motion.

Signed this _____ day of _____, 2023.

_____
**HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE**