IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>*Defendants*. | Civil Action No.: 6:20-cv-00480-ADA-DTG<br>Civil Action No.: 6:20-cv-00481-ADA-DTG<br>Civil Action No.: 6:20-cv-00486-ADA-DTG<br><br>JURY TRIAL DEMANDED<br><br>PUBLIC VERSION |

**PLAINTIFF'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT 7,092,360**

Plaintiff respectfully objects to and appeals Magistrate Judge Gilliland's Report and Recommendation ("R&R") granting in part Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent 7,092,360 (the "Motion"), as it contains erroneous findings of fact and contradicts the pertinent law and procedures.[1] *See, e.g., Baylor Health Care Sys. v. Equitable Plan Servs.*, 955 F. Supp. 2d 678, 689 (N.D. Tex. 2013); *see also* Fed. R. Civ. P. 72(a) ("The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law.").

**A.    There is a Genuine Issue of Material Fact Regarding Whether** ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

The R&R is incorrect, as Dr. McClellan clearly ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[1] The Court heard Defendants' Motion on the papers, and there were no findings of fact on the record.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

███████████████████████████████████████████████████████

███████ Therefore, Defendants' contention that ████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████

███████████ Dr. McClellan also identified ████████████████

███████████████████████████████████████████████████████

███████████████████████████

Further, Dr. McClellan identified v████████████████████

███████████ Dr. McClellan explained, ████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

Dr. McClellan also explained ████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████ As another example, Dr. McClellan identified ████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████ Dr. McClellan also explained ████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████ Thus, there is a material issue of fact, and Defendants' Motion should have been denied.

**B.     There is a Genuine Dispute of Material Fact as to Whether ███████████ █████████████████**

The Court erroneously found that Brazos failed to show that ████████████ ██████████████████████████████ However, Dr. McClellan identified ████████ ██████████████████████████████████████████████████████ Dr. McClellan also identifies ██████████ ██████████████████████████████ ████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ Thus, there is a material issue of fact.

For these reasons, Plaintiff respectfully requests that this Court sustain Plaintiff's objections and vacate Magistrate Judge Gilliland's Report and Recommendation granting in part Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent 7,092,360.

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

Dated:  February 13, 2023                              RESPECTFULLY SUBMITTED,

                                            By: */s/ Jonathan K. Waldrop*
                                                Jonathan K. Waldrop (CA Bar No. 297903)
                                                (Admitted in this District)
                                                jwaldrop@kasowitz.com
                                                Darcy L. Jones (CA Bar No. 309474)
                                                (Admitted in this District)
                                                djones@kasowitz.com
                                                Marcus A. Barber (CA Bar No. 307361)
                                                (Admitted in this District)
                                                mbarber@kasowitz.com
                                                John W. Downing (CA Bar No. 252850)
                                                (Admitted in this District)
                                                jdowning@kasowitz.com
                                                Heather S. Kim (CA Bar No. 277686)
                                                (Admitted in this District)
                                                hkim@kasowitz.com
                                                ThucMinh Nguyen (CA Bar No. 304382)
                                                (Admitted in this District)
                                                tnguyen@kasowitz.com
                                                Chen Jia (CA Bar No. 281470)
                                                (Admitted in this District)
                                                cjia@kasowitz.com
                                                **KASOWITZ BENSON TORRES LLP**
                                                333 Twin Dolphin Drive, Suite 200
                                                Redwood Shores, California 94065
                                                Telephone: (650) 453-5170
                                                Facsimile: (650) 453-5171
                                                Paul G. Williams (GA Bar No. 764925)
                                                (Admitted in this District)
                                                pwilliams@kasowitz.com
                                                **KASOWITZ BENSON TORRES LLP**
                                                1230 Peachtree Street N.E., Suite 2445
                                                Atlanta, Georgia 30309
                                                Telephone: (404) 260-6080
                                                Facsimile: (404) 260-6081
                                                Hershy Stern (NY Bar No. 4631024)
                                                (Admitted *pro hac vice*)
                                                hstern@kasowitz.com
                                                Howard L. Bressler (NY Bar No. 2487379)
                                                (Admitted *pro hac vice*)
                                                hbressler@kasowitz.com
                                                Joshua A. Whitehill (NY Bar No. 4766473)
                                                (Admitted *pro hac vice*)
                                                jwhitehill@kasowitz.com

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

    Julianne Laporte (NY Bar No. 5547906)
    (Admitted *pro hac vice*)
    jlaporte@kasowitz.com
    Noah P. Dorman (DC Bar No. 1779821)
    (Admitted *pro hac vice*)
    ndorman@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1633 Broadway
    New York, NY 10019
    Telephone: (212) 506-1700
    Facsimile: (212) 506-1800

    Mark D. Siegmund (TX Bar No. 24117055)
    mark@swclaw.com
    Craig D. Cherry (TX Bar No. 24012419)
    craig@swclaw.com
    Justin W. Allen (TX Bar No. 24081977)
    justin@swclaw.com
    Melissa S. Ruiz (TX Bar No. 24128097)
    melissa@swclaw.com
    **STECKLER WAYNE CHERRY & LOVE PLLC**
    8416 Old McGregor Road
    Waco, TX 76712
    Telephone: (254) 651-3690
    Facsimile: (254) 651-3689

    Gregory P. Love (TX Bar No. 24013060)
    greg@swclaw.com
    **STECKLER WAYNE CHERRY & LOVE PLLC**
    107 East Main Street
    Henderson, TX 75652
    Telephone: (903) 212-4444
    Facsimile: (903) 392-2267

    **Attorneys for Plaintiff**
    **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY
PUBLIC VERSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record, on this 13th day of February, 2023.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop